IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHELIA C. ENADEGHE,

    Plaintiff,

    v.

RYLA TELESERVICES, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-3551-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss the Amended Complaint [Doc. 23]. The Plaintiff's Objections do not address the merits of the Defendant's motion or the Report and Recommendation of the Magistrate Judge. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 2 day of February, 2010.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge